**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1755**

JOSEPH B. LAMBERT,

                Plaintiff – Appellant,

     v.

MECKLENBURG COUNTY; DENA DIORIO; CHRIS PEEK,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:15-cv-00577-GCM)

Submitted: November 17, 2016     Decided: November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph B. Lambert, Appellant Pro Se. Richard Rainey, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph B. Lambert appeals the district court's order granting the Defendants' motion to dismiss and denying Lambert's motion to amend his complaint as futile. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lambert v. Mecklenburg Cty.</u>, No. 3:15-cv-00577-GCM (W.D.N.C. June 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>